SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

HUGH G. TAYLOR, JR.

                Plaintiff,

-against-

TIMOTHY V. O'CONNOR,
THE ARTIST BOOK FOUNDATION,
THE ARTIST BOOK FOUNDATION TRUSTEES,

                Defendants.

---

Index No. 303/18

**AMENDED SUMMONS WITH NOTICE**

KINGS COUNTY CLERK RECEIVED 2018 FEB -9 AM 9:30

To the Persons Named as Defendants Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff at the address set forth below, and to do so within 20 days after the service of this summons (not counting the day of service itself), or within 30 days after service if not delivered personally to you within the State of New York. YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgement will be entered against you by default for the relief demanded below.

Dated: February 9, 2018

                                        HUGH G. TAYLOR, JR.
                                        181 COLUMBIA HEIGHTS
                                        BROOKLYN, NY 11201
                                        212.362.9111

Defendants' Address: TIMOTHY V. O'CONNOR
                         THE ARTIST BOOK FOUNDATION
                         THE ARTIST BOOK FOUNDATION TRUSTEES
                         C/O TIMOTHY V. O'CONNOR, OFFICER AND TRUSTEE OF
                         THE ARTIST BOOK FOUNDATION
                         511 LAKE AVENUE
                         BRIDGEPORT, CT 06605

Notice:

The nature of this action is defamation.

The defendants defamed the plaintiff by deliberately making and publishing false statements (including but not limited to on IRS Form 990) damaging to the plaintiff's reputation.

The relief sought is compensatory and punitive damages of $1,204,600 (one million two hundred and four thousand six hundred dollars), and the retraction and correction of the false statements.

Should defendants fail to appear herein, judgement will be entered by default for the sum of $1,204,600 (one million two hundred and four thousand six hundred dollars), with interest from the date hereof, and the costs of this action.

Plaintiff designates Kings County as the place of trial. The basis of this designation is
_x_ Plaintiff's Residence in Kings County
___ Defendants' Residence in Kings County
___ Other

February 9, 2018

KINGS COUNTY CLERK
RECEIVED
2018 FEB -9 AM 9: 30